IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT EARL PITTMAN                                                                                   PLAINTIFF

v.                                         Case No. 6:21-cv-6133

DIRECTOR DEXTER PAYNE, *et al.*                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 9, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5.  Judge Bryant recommends that this case be dismissed based on Plaintiff's failure to comply with the Court's Local Rules and orders and failure to prosecute this case.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of December, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge